UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08 CR 2150-JAH / 08 MJ 1837 |
| vs. | ORDER |
| Ryan Constantine | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. |

On order of the United States ~~District~~/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (~~Bond Posted / Case Disposed~~ / Order of Court).

Azucena Reyes-Ruiz

DATED: 6/26/08

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by** V. Lee

**Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✮ U.S. GPO: 2003-581-774/70082